```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
   UNITED STATES OF AMERICA      :     INFORMATION
                                 :
            - v. -               :     20 Cr. 97 (VB)
                                 :
   JAVIER ENRIQUE DA SILVA ROJAS,:
   a/k/a "Javier Da Silva,"      :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

COUNT ONE

(Kidnapping)

The United States Attorney charges:

1.  From on or about January 28, 2019 to on or about January 29, 2019, in the Southern District of New York and elsewhere, JAVIER ENRIQUE DA SILVA ROJAS, a/k/a "Javier Da Silva," the defendant, unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted and carried away and held for ransom and reward and otherwise, a person when the person was willfully transported in interstate and foreign commerce, and the defendant traveled in interstate and foreign commerce and used the mail and any means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of the commission of the offense, to wit, DA SILVA ROJAS kidnapped a woman, Valerie Reyes (the "Victim"), in New Rochelle, New York, bound her feet and hands, placed packing

tape over her mouth, put her in a suitcase, and transported her to Greenwich, Connecticut, where he disposed of her body.

(Title 18, United States Code, Section 1201(a)(1).)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAVIER ENRIQUE DA SILVA ROJAS,
a/k/a "Javier Da Silva,"

Defendant.

---

INFORMATION

20 Cr.

(18 U.S.C. § 1201(a)(1).)

GEOFFREY S. BERMAN
United States Attorney