# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNITED STATES OF AMERICA,**                          :

                 v.                                   :

                                          20 Cr. 97 (VB)

                                    :

**JAVIER ENRIQUE DA SILVA ROJAS,**
**a/k/a "Javier Da Silva,",**
                    **DEFENDANT.**                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JAVIER ENRIQUE DA SILVA ROJAS, a/k/a "Javier Da Silva,"** the above-named defendant, who is accused of violating Title 18, United States Code, Section 1201(a)(1), having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____

JAVIER ENRIQUE DA SILVA ROJAS,
a/k/a "Javier Da Silva,"

_____

Jason Ser, Esq.
Mark DeMarco, Esq.
Attorneys for Javier Da Silva

Date:   White Plains, New York
        February 5, 2020