

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 22, 2020

**BY EMAIL AND ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re: *United States v. Javier Da Silva,* **20-cr-97 (VB)**

Dear Judge Briccetti:

     The parties jointly respectfully request a 90-day adjournment of the sentencing in the above-captioned matter, currently scheduled for August 5, 2020 at 9:30 a.m., to November 3, 2020. The COVID-19 pandemic has limited defense counsels' ability to communicate with their client and prepare for sentencing. It has also limited the Government's ability to meet with family members of the victim in preparation of sentencing. The Government will serve a copy of this letter on defense counsel. The Government is available to answer any questions the Court may have.

     Very truly yours,

     AUDREY STRAUSS
     Acting United States Attorney

     by: /s Mathew Andrews
         Mathew Andrews
         Assistant United States Attorney
         (212) 637-6526

cc: Jason Ser (by email)
    Mark Steven DeMarco (by email)