**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 22, 2020

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/23/20
White Plains, NY

Sentencing adjourned to: 11/4/2020 at 2:30 p.m. Defense sentencing submission due 10/21/2020. Government's Sentencing submission due 10/28/2020.

**BY EMAIL AND ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Javier Da Silva*, 20-cr-97 (VB)

Dear Judge Briccetti:

The parties jointly respectfully request a 90-day adjournment of the sentencing in the above-captioned matter, currently scheduled for August 5, 2020 at 9:30 a.m., to November 3, 2020. The COVID-19 pandemic has limited defense counsels' ability to communicate with their client and prepare for sentencing. It has also limited the Government's ability to meet with family members of the victim in preparation of sentencing. The Government will serve a copy of this letter on defense counsel. The Government is available to answer any questions the Court may have.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s Mathew Andrews
Mathew Andrews
Assistant United States Attorney
(212) 637-6526

cc: Jason Ser (by email)
    Mark Steven DeMarco (by email)