UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                        :     **ORDER**
v.                                      :
                                        :     20 CR 97 (VB)
JAVIER ENRIQUE DA SILVA ROJAS,          :
                    Defendant.          :
---------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2021

        Sentencing in this case has been re-scheduled for June 4, 2021, at 3:00 p.m.  The Court

expects to conduct this proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300

Quarropas Street, White Plains, NY 10601.

        Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-
09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated: January 13, 2021
       White Plains, NY

                         SO ORDERED:

                         _____
                         Vincent L. Briccetti
                         United States District Judge