# Federal Defenders
## OF NEW YORK

Southern District
Suite 300
Y. 10601
997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

ne Brody
y-in-Charge
te Plains

May 19, 2021

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

Re:   *United States v. Javier DaSilva*, 20cr0097-VB

Dear Judge Briccetti:

I write regarding the above captioned matter to request an adjournment of the sentencing hearing currently set for June 4, 2021, at 3:00 p.m., to a day in mid-September 2021. Due to the impact of the current health crisis, members of Mr. DaSilva's defense team require additional time to meet with Mr. DaSilva at the jail, to meaningfully review materials with him, and to prepare a sentencing submission. Defense counsel for Mr. DaSilva anticipate being able to complete all necessary preparation and work so that the sentencing hearing can proceed at that time.

I have discussed the instant request with Mat Andrews, the Assistant United States Attorney assigned to this case. The government consents to an adjournment.

Respectfully submitted,

/s/ Jason I. Ser
Jason I. Ser
Mark DeMarco
Attorneys for Mr. DaSilva

cc: Mat Andrews, A.U.S.A. (via electronic mail)

---

**[Stamped order overlay:]**

Solely because this application is made on consent, sentencing is further adjourned until 9/23/2021 at 10:00 a.m., to be conducted in person at the courthouse. Defendant's sentencing submission is due 9/9/2021. Government's submission is due 9/16/2021.

The Court is well aware that the current public health crisis has caused delays in this and in many other cases. But this is the fifth adjournment of sentencing in this case, which was originally scheduled for 5/21/2020. It is the Court's view that the victim's family and the community are entitled to have this matter resolved as soon as possible. Accordingly, no further adjournments will be granted, even if requested on consent.

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.   5/19/2021

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/19/21