# EXHIBIT A

to the Honorable Vincent Briccetti, United States District Judge

My name is: Carmen Elena Rojas de Da Silva, CI. 8036046 Venezuelan, currently residing in Spain Madrid. I am the mother of Javier Enrique Da Silva Rojas.

   She is writing to you very cordially, on this opportunity to tell you a little about what our lives have been like since the birth of Javier.  When he was born he changed our lives in many ways both because of his birth and because we were born with spina bifida.  At that time we had no idea what that was about until the doctor explained to us that it was a deformity in the spine and that it was something that occurs in one out of every 1000 children born.  Thank God after six months hospitalized since he was born, he underwent surgery.  And thank God he turned out well.
   Javier from childhood was very happy, affectionate, attentive, kind and supportive, especially with grandparents and with people in need.  Javi grew up in a beautiful and humble home, with a lot of love, respect, good principles and values.  We are a very close family, we love him !!  We ask God and you!  Very respectfully, that you help him in what you can please, a mother who is desperate asks you ...
   Javier never had problems, neither at school nor at university, he never had enmity with anyone nor is he aggressive, on the contrary he is very calm he had in mind to progress and help the family.
   Javier Enrique had to leave the University to travel to the United States, due to the situation in the country, his aunt Josefina Da Silva helped him with the tickets, he went to look for a better future.  To help the grandparents with the medicine for his grandmother who suffers from Parkinson's, because the situation in Venezuela is very bad.
   Javi left with great emotion and at the same time with great sadness for leaving his family.  And that's how Javier was when he started working, he helped many people in Venezuela, he stopped buying clothes, to send money to Venezuela that made him very happy.
   My Javi is a good boy and life made that move on him ..... a boy like him !!  He cannot be a bad person, he is a wonderful son.  God bless you always !!!  An aspirational boy with a puppy that he adored.
   Everything is in the hands of God and you.  Many be Blessings.
   Yours sincerely: Carmen R. Da Silva.

to the Honorable Vincent Briccetti, United States District Judge

My name is: ENRIQUE PORFIRIO DA SILVA ALFONZO.  Civ. # 11039747
I am the father of Javier Enrique da Silva rojas.

I am writing to you on this occasion very cordially and respectfully, to tell a little about the life of javier my son.  Who I have loved since I saw him born, who was raised with the best possible values.  Since he was little he stood out for being a person with a good heart and good feelings.  He grew up being a very kind and helpful boy and is a wonderful son, brother and grandson.  So much so that he himself made the decision to drop out of school.  and leave our country to help with the family expenses.  Since we are from a very humble family but with good principles.  From the moment he arrived in the United States, the most that he could do with the low resources we had so that he could leave our country was to reach out and try to work immediately on what he will ask to achieve.  And his goal was always to send money to the family to help them survive in Venezuela.  since there life became a chaos for us, well you will know that.  Javier always put the welfare of others before his own, so much so that in the United States, his clothes were bought in second-hand or used clothing sales. I could tell thousands of anecdotes about the things I experienced with my son.  But I know that his time is very valuable and limited, and I can only say that Javier for me is not only my son, but also my friend and that he is very mature and intelligent.  The truth is that I cannot explain what happened, I only know that it is an accident that should never have happened. I swear to God that not even in our worst nightmares could we imagine that something like this will happen to us and less coming from Javier.  I say goodbye with the promise that before God I swear that my son is not a bad person and that everything that happened was a terrible and unfortunate accident.  I only ask God to give you wisdom and to help us with my son's case.  Since he is in his hands.  God bless you and his family.  Since family is the strongest and most beautiful bond we have.

ATT.  ENRIQUE DA SILVA

to the Honorable Vincent Briccetti, United States District Judge

My name is Yoraima de Jesus Dugarte Rojas. I am 41 years old. At the moment, I'm living in Lima, Peru and I am dedicated to the commerce of sale of food. I am aunt of Javier Enrique Da Silva. I have known him since his birth.
Javier in all the moments we shared, I always received a lot of affection and love from him. He is a very respectful and kind child and young man, believer in God and the Virgin because his parents always instilled values and religious beliefs in the family.

From a very young age Javier loved and admired animals and nature.
Sincerity, nobility and kindness are the main values that define Javier as a human being. I remember him always with a firm look and a smile on his face. Respectful and responsible to the family look, I remember Javier always hugging me and telling me the phrase "AUNT EVERYTHING IS GOING TO BE OK".

I remember that in a difficult moment of my married life, Javier, just being a teenager, accompanied me and I felt protected and safe with his presence.
I also remember Javier being very funny and telling many jokes making all his family members laugh.

As the aunt of Javier Enrique Da silva I speak directly to you, honorable Vincent Brucetti in gratitude and understanding with the case of my nephew Javier and his immediate family, without leaving aside the act committed, I attest that the words read above are sincere and said with all responsibility.
With nothing more to say, Thank you.

to the Honorable Vincent Briccetti, United States District Judge

I am Rosalba Rojas. I am aunt and godmother of baptism of Javier Da Silva. His second mother. I work in a health institution in Merida-Venezuela. I have known Javier since he was born. I have a relationship with him through the audios and videos that he sends which comfort my life since without him my life is no longer life.

I know him very well, so well that I do not understand the reasons why this is happening, only God knows. He is a sincere person, I can assure you, he is also generous, supportive and with good feelings. He always helped people in need, especially children and the elderly. He always had a good reputation, his family and friends know it.

Since he was a child, everyone who met him immediately took a liking to him. All his family and friends loved him for the way he was. In the jobs where he worked, he was seen as a good employee, without complaints of any kind.

The qualities that I always saw in Javi I put with all truth before God, he knows his heart, his humility, his sincerity. He went to work to help his family, we still don't understand what could have happened. All of us who know him are sure that he is a good boy. He never misbehaved, never misbehaved, neither at home nor outside. At home he was always a normal son, obedient to his parents.

I can only say that there is an almighty God, who is our father and the only one who will know how to judge him and each one of us for each of our mistakes, no matter how small or big they are, no one escapes committing them. Only God knows the circumstances that led him to such an unfortunate event, for which he must be completely repentant.

I can imagine his desperation and pain when he found himself in a situation as big as this, that he never imagined, nor us as his family. God is reading every

word I write and before him I swear that in spite of his mistake, I still confirm everything I think about Javier.

Here we are all very hurt because we cannot help him, but God gave us this opportunity to make the real Javier known to you. These two years have been of much suffering and anguish for all of us. We have prayed a lot for God to intercede for Javier.

Please, please help him, he is not and will never be a bad person. I put these true words in God and in his heart. God knows his heart.

to the Honorable Vincent Briccetti, United States District Judge

My name is Yosmar Dugarte Rojas, CI 11.468.460, Venezuelan, I live in Merida, Venezuela.

I am a housewife and I dedicate myself to elaborate different handicrafts.

I am a maternal aunt of Javier Da Silva and I can assure you that since his birth he is a happy being, a beautiful, noble, affectionate, funny child who filled his home with joy and magical antics typical of his age.

He grew up in a humble home but full of laughter, teachings, good manners and an immense and wonderful love, love that was felt in every contact with Javier because of his noble heart; with his family, friends, classmates and co-workers, even with the animals in the street.

I always remember our laughter because of how funny and cheerful he is, and that is why being with him is very pleasant and I miss him.

He left Venezuela in spite of so many insecurities to travel to the unknown, in search of a better future, because unfortunately here in Venezuela there is no future.

Javier is very intelligent and a fighter. His nobility is demonstrated when working there in the United States his salary was divided to send economic help to his family; to me on several occasions he sent me money, something for which I am very grateful and I bless him, a thousand times.

He deserves the opportunity to continue helping people, and to continue being a light in our lives.

Javier is an excellent human being, nice, attentive and supportive and a very important pillar for the family and all of us who know him or are around him.

I love Javier and I will always love him, despite his mistakes, we are human and we make mistakes. It is also important to recognize our mistakes and hopefully we all have the opportunity to show repentance before the world but above all before God.

to the Honorable Vincent Briccetti, United States District Judge

I, the undersigned Yamili Coromoto Pinto Rojas, Venezuelan citizen, holder of identity card V-12.776.876, 44 years old, residing in San Jacinto, Raul Leoni, Merida-Venezuela state, with a degree in administration, I have been working as the director of administration and services at the Merida Institute of Women and Family for 12 years.

Javier Da Silva Rojas is my second cousin who I must say is a quiet, kind, loving, with great artistic skills and intelligent person. I have known him since his birth and he always maintained an impeccable conduct, and an enterprising spirit, he showed his passion for nature.

I was able to share family moments with him at different times of the year, since we lived a little far apart, but we always saw each other when traveling. He always showed respect and love for his fellow men, manifested by being a cheerful person with principles and values instilled by his parents.Always worried about them, and from the moment he had to leave the country because of the difficult situation, he worked to help them economically, which shows that he is a person of noble and compassionate feelings.

I only ask God to work greatly, to bless him and illuminate his life and that I love him immensely.

to the Honorable Vincent Briccetti, United States District Judge

My name is Joan Dugarte Rojas CI 11.467.749, Venezuelan. I am currently residing in Paraguay. Rigoberto Fornao Meza Street 2-88 Murucuya Neighborhood - Asuncion.

I am Javier Da Silva's maternal uncle and I can say that my relationship with him is more than that of an uncle/nephew, it is a great and pleasant friendship.

From my point of view Javier has always been a very cheerful, intelligent boy, from a good family, parents with good principles. A good boy, with beautiful thoughts, always looking towards a promising future, with a lot of love and respect towards others, towards nature, very spiritual, outstanding in his studies and also helpful. It was always a pleasure to share with him and his family when they went to Merida.

Keeping in mind everything I said above about Javier because I know he is like that, I am convinced that with God's help he will be able to get out of this difficult situation he is in today.

to the Honorable Vincent Briccetti, United States District Judge

My name is Carlos Hafouri Da Silva;  I am currently working in the kitchen area as a chef in a renowned Resort in the city Aviemore, belonging to the Highlands of Scotland, United Kingdom. I'm 31 years old.  I am the older cousin of Javier Enrique Da Silva Rojas, whom I have the pleasure of knowing for as long as I can remember;  and beyond our blood link, he is my friend.

As I mentioned previously, Javier, for me, is an incredible person, since childhood I have thousands of memories, memories, invaluable experiences.  We had the privilege of sharing the growth process together.  Thanks to our parents who always instilled in us family cohesion and the importance of it.  Javier, he is a person full of many virtues, a creative person, extremely intelligent, understanding and above all, very loyal.  He was always there for you at all times.  We always had frequent contact and enjoyed with him from any daily activity such as running errands, to our adventure plans in nature, such as going to the mountains to camp, walks, meetings and parties with our group of friends that we shared, we had a  phenomenal harmony when it comes to tastes and the exchange of topics of interest; musical, cultural, values, etc.

In his presence it was impossible not to enjoy and not learn some curious fact or fact.  He is a very cultivated person and was one of the main ones to be interested in the world of literature, therefore, talking with him was an enriching experience, he always learned from him, including me being the oldest of his cousins and friends,  I learned a lot from him. Among his virtues I want to mention his lexicon, his generosity;  he always shared everything he had in his power and made you feel at ease.  Very hard-working, supportive, he has a unique perspective on an artistic level, his capacity in the area of photography and audiovisuals is surprising and he always wanted him to be able to develop it and bring art to the world.

I could extend myself by describing everything that he is to me and everything that he is wonderful.  However, I will keep it brief to conclude, Javier is a person that those who, and those who do not, have absolutely nothing wrong to attribute to him, there are no bad experiences, or events that can tarnish his reputation.  Even at the work level, he worked with my father in his store for a period of time, my father, who passed away last year, is Javier's godfather and a person who has a huge esteem for him.  He loved him very much and I speak for him by emphasizing my words.  He was always responsible, collaborative and tolerant.  Due to bad luck and a lot of pain, we had to separate a few years ago, most of my cousins and friends, we had to leave our country of origin, Venezuela, due to the serious socio-economic situation.  Each one took a path that gave us opportunities to live and, at the same time, contribute and support our family back in our country.  It was very severe for everyone as individuals to make such an enormous effort.  We distanced ourselves a bit due to the excess of work and responsibilities that each one acquired, however, we frequently talked and enjoyed a full conversation and shared the experiences of each one of us in the distance.

My vision towards my cousin has not changed and will always be the same.  He is a great individual and one of my best friends whom I miss.

Without further ado, I thank you for the attention paid to my sincere words.

Sincerely

Carlos Hafouri

to the Honorable Vincent Briccetti, United States District Judge

I am Darianna Da Silva, cousin of Javier Enrique Da Silva Rojas.
 Right now resident in Spain, and dedicated to the hospitality sector.  As my cousin I have
known him since I was born, he is my older cousin and I consider him a brother.  Because
since she was little she took care of me and gave me love as such.
 I know him perfectly and I have seen him do so many acts of good faith, affection and love
that they are impossible to count all.  But if I can count the ones that I liked the most and that
I have been able to learn from him.
 When he was barely 15 years old, I think I remember, I saw how he found an abandoned,
elderly, and sick dog.  I took him to his house and although his parents did not want to keep
him at first, he insisted, took him to the vet and took the best possible care of him.  He gave
her a life, and made Mailo one of the family.
 Our grandmother has had Parkinson's for years, and my cousin Javier took care of her, he
made her laugh, and she gave them a joy that no one else has achieved.  Every afternoon
when he left the university he visited them, took care of them, helped them and made a
unique company.
 As a child, one day at the beach playing with a wooden log in the water, the current dragged
me and took me to the bottom, I could hardly hold it anymore, I was already at the limit,
when he saw me and I did not hesitate to jump into the water  and save me.  I don't know
what would have happened if he hadn't acted like that with that courage.
 They have been many years showing how loving, sweet, a good cousin and even more, a
better person.  His courage, generosity, and kindness have consistently shown how
wonderful he is.

 Sincerely.
 Darianna Da Silva Benavides.

to the Honorable Vincent Briccetti, United States District Judge

My name is Jorge Abelardo Hafouri, Venezuelan with identity card: 22,667,941 residing in Madrid, Spain.  Civil engineer by profession.
 To begin with, I am Javier Da Silva's first cousin, who is a couple of years older than him. But as you can tell, we have shared a life together.  From a very young age I used to go every weekend to visit my grandparents, and Javier lived in a house next door, in fact, visiting my grandparents was practically visiting the rest of my family.  So it filled me with emotion to go there, because I knew I was going to have a good time with my family, particularly with my cousin Javier.  Since we are contemporaries.
 We were very curious and restless children, we were always looking for a way to have fun playing with our imagination, building objects in the garden or inventing creative hobbies. Eventually time passed, and the visits to his home transcended in turn.  Now we did not play, but spent hours talking about philosophy or history and politics.  The plans were changing, until we went to partying or hiking and camping (see photo 01).  We share many things in common.  That is why, at this point, it is understood that I know my cousin very well.
 Javier is a person who since childhood showed a certain interest in developing his intellect, learning about the history and curiosities of life.  Indeed, a conversation with him was always going to enrich you and you were going to learn something new.  He is also a very active sports person, passionate about outdoor activity and getting to know new places.  Regarding his human qualities, I can say that he is a completely generous person, when he was little I did not hesitate to share his toys and treats.  He is splendid and likes to help others, especially his parents and grandparents, who, while abroad, worked very hard to provide financial assistance.  On certain days, he even worked in my father's store without receiving any financial remuneration, he did it with full will.
 To conclude, there are countless good memories I have about my cousin, it is very difficult to imagine an event like the one that happened, with the vision that I have of him, it is painful and tragic.  Without going into details, I firmly believe that it was a mistake, a mixture of circumstances that have thrown the situation out of place.

 Att: Jorge Abelardo Hafouri
 Email: Jorgehafouri@gmail.com

to the Honorable Vincent Briccetti, United States District Judge

I, the undersigned Gladimar de Jesús Nava Rojas, Venezuelan holder of identity card V-14.086.577 of 40 years of age, residing in the San Jacinto sector, Raúl Leoni, Mérida-Venezuela. I have been working as a hairdresser and manicurist for approximately 14 years.

I am a second cousin of Javier Enrique Da Silva Rojas, since his mother Carmen Elena Rojas de Da Silva is my first cousin. I have known Javi since his birth since I lived with my mother in La Victoria, Aragua state, near Los Teques where Javi lived with his family and we visited each other constantly.

Javier since he was a child was very mischievous and amused me with his antics and witticisms, he was a happy child, because he enjoyed every moment to play. When he reached adolescence he matured and became a good man, a studious and intelligent boy, which led him to achieve his goals successfully. He has always been very polite and respectful, he liked to share every moment with his family, to go for walks, to walk outdoors because he loved nature and he showed his love for animals. He has been a dreamer, generous, hardworking, good to other people, honest, he has always shown immense love for his parents and his brother. He has a big heart.

I feel proud of him as a family for being a great human being. I love him with my heart and I will pray for him so that God will enlighten him and give him his protection.

to the Honorable Vincent Briccetti, United States District Judge

I, the undersigned Gladis Ramona Rojas Castillo, holder of identity card V-4.491.668, Venezuelan, 67 years old, residing in San Jacinto, Raul Leoni sector, Orquidea Street, Merida-Venezuela and I work as a housewife.

I am the aunt of Javier Enrique Da Silva Rojas, I have known him since he was born because I lived for many years in La Victoria, Aragua state, near Los Teques where Javier lived with his parents Carmen and Enrique. Javi was always playful, laughing, mischievous, with a normal childhood like any other child. In his adolescence I can attest that he was a witty, cheerful, respectful boy who liked to share with his family.

For me he was very intelligent, polite, affectionate, we shared many moments as a family because we visited each other a lot and we were able to share many nice things. For me Javi has been like one of my first grandchildren because that is how I have come to love him. I saw him since he was a baby and I saw his growth, so I can say with full conviction that he is a great human being. He shared a lot with my children every time he visited us, they always played and had fun like brothers and sisters.

I love him with all my heart and I ask God our Lord to protect him and take care of him always, wherever he is and my faith is always alive in Christ and will always go hand in hand with my nephew Javier.

to the Honorable Vincent Briccetti, United States District Judge

My name is Jose Manuel Da Silva Alfonzo, Venezuelan, I have a Bachelor of Administration, I have worked in the PDVSA Oil Industry, for 11 years, I have been a Warehouse Supervisor in the Logistics Department.

I am the uncle of Javier Enrique Da Silva Rojas, whom I have known since his birth; He was born with health problems when he was diagnosed with Spina Bifida, which is why he was confined in the hospital for more than six months until he underwent a surgical intervention to remove said anomaly.

Javier has always been attentive to me, he is affectionate, collaborative, respectful and concerned about the cases that happen around him. He likes to read a lot, he learned the English language in a self-taught way (through music and reading), he is a very familiar boy who has always lived with his parents. Motivated by the difficult economic situation in Venezuela, he made the decision to seek new horizons and traveled to the USA, to go to work and thus be able to help his parents and younger brother. He borrowed the amount from his aunt to buy his ticket and be able to travel; he responsibly he kept his word and returned the money that was loaned to him.

In his childhood he was always protected by his parents due to his congenital condition, for that reason they took great care of him, he was always a good student, he was a boy who left school and went directly to his home where he shared with my parents, his paternal grandparents. He is an animal lover so much so that in NY he rescued a dog and had it under his protection and care; I know that I had the opportunity to be there in 2018 and I swear I saw a boy dedicated to his work and from there to his house taking care of his dog.

After graduating from high school he supported his father in jobs of different kinds and all very responsibly, so much so that one of them was setting up fireworks at different celebrations: weddings, birthdays, anniversaries, etc. He had his driver's license and handled his father's car very responsibly.

With me he has always had an extremely respectful treatment, so I can swear that he is a good boy, I do not know what or what were the circumstances that led him to commit such an action, but God is witness that what I write is true.

to the Honorable Vincent Briccetti, United States District Judge

My name is Evangelina Rojas de Dugarte. I am the aunt of Javier Enrique's mother, so I consider myself his aunt as well.

I know my beloved Javier since he was a kid even though we lived in different cities because they would often visit us for holidays: Christmas, easter, and so on. He has always been a caring, loving, and polite kid, kind and cheerful. Javier as well as his brother were brought up in a loving family with a religious background, full of love and respect for every living creature. He was a smart kid and he needed to quit his studies to move away from his country looking for a better life, we all know the situation we are going through in Venezuela, and from his new home, he helped his parents and his brother.

This situation with Javier has all of us completely heartbroken. He has never hold bad intentions and we will always keep him in our prayers, we could never imagine something like this could happen, not even in our worst nightmares. We can only beg for forgiveness for our beloved Javier, we know who he is and how this doesn't define him, we will unconditionally support him and ask our God to bless him, now and forever.

to the Honorable Vincent Briccetti, United States District Judge

My name is Francys Dayana Romero de Dugarte CI 11.853.083, Venezuelan.
I am currently residing in Paraguay, Rigoberto Fornao Meza 2-88 Murucuya
Neighborhood - Asuncion.

I am Joan Dugarte's wife, Javier's uncle, for 28 years.
I have known Javier since he was a child, very sweet and obedient to his parents,
homely, affectionate, always very affectionate with all his relatives when they visited
us in Merida.

He was a child like everyone else, in his childhood wanting to play with his cousins in
the park and from my point of view I never saw in Javier any sign of malice either
physically or mentally against anyone.

As he grew up, he was always on vacation with his parents, demonstrating to be a
united family, a home of blessing confirmed by his parents and his brother.
As time went by they constantly showed understanding, union, tolerance and above
all love. Javier has always been very special with his family.

To be honest we were all taken by surprise when we received the news of the sad
situation Javier is going through, but I am certain that this will pass, that God will
intercede and give the best possible solution.

To the Honorable Vincent Brucetti

United States District Judge


Hello, my name is Dairon Da Silva; I work as a chef in a Mediterranean restaurant in Madrid, Spain; I'm Javier Da Silva's cousin. Javier and I grow up together, because we lived pretty close to each other, so I know him for my entire life.

I think he's a good heart person, he always was willing to help and support others; he always was a happy person and everybody liked him.

When we were children, we used to go out and pick up flowers for our grandmother and mothers; one time we found a stray dog, it was a female, so we named her Princesa (Princess in English), it was pretty friendly and we brought her up to our grandmother's house. We wash her and feed her, and try to convince our parents the let us keep it, they did not agree, but help us found a home for Princesa. Javier was always good with animals, he was very sensitive to them, especially dogs.

He was a good cousin and friend, he supported me when I was heartbroken for the first time. And I can't not thank him enough, because he was going out with the best friend of the one who eventually became the love of my life and my wife, and thanks to that I started to going out with her.

He was also very keen to help my grandmother who suffers from Parkinson and the treatment is very hard to find and very expensive, and our grandfather who is old and cannot work anymore, so is something that I always going to thank him; I know that he went to the United States and overstayed his visa, because our country is passing through a very long and very difficult time, so the only option he had was to stayed and work to send money to Venezuela and try to help his family and our grandparents.

When I was in New York for a little bit, before I came to Spain, I stayed with him; and while I was there, he helped me and show me the city; I saw him really happy, he loved the city and the country, he always told me that he wishes our country was like that and give so much opportunity to the people; I know he was sad before, because he could not finish his university degree, but know he was happy and dreaming; he adopted a Pitbull named Eve, and give her a home, and when she was really sick, he moved heaven and earth to save her.

When I hear what happened, I could not believe what he did, and I really was waiting that everything was a big mistake or a sick joke; but it wasn't; I wish could speak to him and really know what happened, if only I could turn back time and avoid all this tragedy, but I can't.


                                        Thanks for listening.

                                            Sincerely.

                                        Dairon Da Silva

to the Honorable Vincent Briccetti, United States District Judge

My name is Johana Milet del Valle Rincon Dugarte and I am 23 years old, I live in Lima, Peru. I have known Javier Enrique for as long as I can remember. He is my cousin and I could even say he feels like a brother to me. We didn't grow together because we live in different cities, but we would spend time together at least a couple of times a year because he would come to our cities or we would visit him and his family. Even if it was not so often, in those times we spent together we had a close relationship, that's why I keep him in a special place in my heart. His mom gave him and his brother the same values she gave me, I hold this dearly in my everyday life.

Our values grew stronger as time went by and became part of who we are. Respect, solidarity, honesty, and support for each other, we share this. He is also a funny and witty guy, creative, smart, a dreamer.

He told me for years he would like to live in America, so he could grow to be independent, work and move forward in his life. He always supported me and encouraged me to follow my dreams because he would feel my own desires like his: he was extremely empathetic and supportive.

to the Honorable Vincent Briccetti, United States District Judge

Good afternoon. My name is Angeles Benavides. I own a clothing store; I also am Javier's aunt-in-law. Nevertheless, I have always thought of him as my natural nephew, since his mom and I are like sisters.

I beheld his birth, I saw him during his upbringing; Javier was a loved child by his parents. Javier was a kid like any other, loving, curious, with open ears for advice. He went through the evolution of a regular teenager, but he stayed always loving, respectful, and kind. We were neighbors, so we spent a lot of time together: my son calls him cousin. When my daughter arrived they would take care of her because she was the only girl in the family.

Whenever we gathered together in family meetings, he would pay attention to the music and conversations. Especially, politics since he was studying to become a lawyer. He didn't like to drink. Then, he decided to move to America to search for a better life, and we stayed in touch. He wouldn't miss the opportunity to congratulate me on my birthday and mother's day.

I remember he had a dog that he loved very much. I can not imagine someone so loving can hold any kind of bad feelings towards any living creature.

People can do things at certain moments in time that doesn't define who they are. I don't think he was even aware, let alone willing, of what was happening. By the time he realized, there was only regret and unfortunately late.

I sincerely believe that he deserves another chance. I know he has a good heart, and this was a terrible mistake.

to the Honorable Vincent Briccetti, United States District Judge

I, Petra Josefina Da Silva Alfonzo. I have known Javier Enrique Da Silva Rojas since the day he was born (January 3rd, 1992). I am his aunt, his father's sister. I held him in my arms from the moment he was born and spent quality time with him for most of his life. He was born being a loved child and even more experiencing a disability (Spina bifida) that kept him in the hospital until he was seven months old when he finally got the surgery he needed in a public hospital in Caracas.

As a son, as a grandchild, cousin brother, and nephew, Javier Enrique is a splendid kid that has given us lots of love and awe. He would cheer up everyone around him with his creativity, smartness, his generosity, love, and grace. Especially to his parents and grandparents.
Javier never ceased to amaze us with his learning skills and knowledge. He is self-taught, cultured, noble, and very generous. Responsible for his duties, he left his home due to the economical crisis facing our country, plus the insecurity of the country with the promise of helping everyone, especially his parents and little brother so he could study and save money to get everyone to Portugal for a better future. I lent him the money for his ticket to America, with his promise to give it back as soon as he could. And so he did, and he took special care of his mother, who suffers from Parkinson's disease.
He was always there to share happiness and love, he would always send gifts and as soon as he started making a living, he would send money to his parents and paid tickets for his family to visit him.

This situation takes over us, it's enormously sad to think this could happen to someone like him. He is our little Javier, a piece of our family, a family that always stood together in prayers and goodwill.

Our everyday thoughts are with him as well as our prayers. This situation changed our lives and we beg for his wellbeing and forgiveness, as well as we pray for the family of the girl to find peace and comfort. His mother is the kindest person we know, and his dad and his brother are a huge part of him. I love him deeply since the day he was born. This is my Javier Enrique Da Silva Rojas, he is a piece of my heart, my forever beloved child.