# EXHIBIT B

To the honorable Vincent Brucetti (USA District Judge)

My name is Luz Rodriguez, Female, I'm a Corporate Sales Manager for an E-Commerce company. I'm 28 years old. I met Javier approximately five years ago. I met him through my best friend who was dating him at that time. I started dating Javier's cousin (which is now my husband) so we were in touch very often. My relationship with him is that I'm currently married to his cousin. I don't think I haven't had the chance to meet him intimately because I moved out of Venezuela shortly after I met him. However, I lived with him for 6 months when I was on a trip to New York (2019). I stayed with him while I was there.

I think he was nice, friendly, helpful, eloquent, I think he was a smart guy, eager for knowledge, he loved to watch documentaries, take photographs, and sometimes paint in his free time. I will always remember one situation when I was there. Javier adopted a Pitbull (Eve was her name) and she started to get sick with Canine parvovirus. This is a deadly disease and was affecting the dog very quickly. Javier didn't have any money at the time but as soon as Eve was getting sicker, he spent all his savings taking Eve to the vet. He stayed with her, took care of her, bought all her medicines and even slept with the dog through its disease. He really saved her, just the way he handled the situation made me believe he was a good person. Such dedication to help his dog. Risking his own (money) stability.

Other than this situation, I don't think I remember something worthy of telling here. He was good with his family, especially his younger brother, he was always worried about him, always looking to protect or assist him. He and my husband have a friendly relationship. I think they always threatened each other more as friends than family. They were close, used to joke a lot, laugh, speak about the future, about traveling and dreams. We went hiking a couple of times. They were always there when most needed, through painful situations and happy ones. He always treated people with respect, and was very emphatic with most people.

I really was shocked to hear what happened. I was truly surprised and sad. He never showed any disrespect towards women, towards human life. I don't know what could have led him to do such a thing, maybe the fact he was lonely in the States, no family or true friends nearby, someone to guide him, or to speak sincerely with. I really think what he really needs is mental help. He may be dealing with mental issues which he may not be even aware of.

Respectfully,

Luz Rodriguez

to the Honorable Vincent Briccetti, United States District Judge

I, DORIS AMANDA HENAO PALACIO, C.I. V.16.285.580, Administrator of the Company VACUUMPACK DISTRIBUIDORA CRL, hereby note that I have known, met, greet and been part of JAVIER DA SILVA ROJAS' life since he was 11 years old. A time when he accompanied and helped his father, (carrier of the former mention company) to load the goods into the delivery van, and to its subsequent dispatch.

Since he was a child, he showed a lot of respect and good behavior to his elders. He was always very diligent and helpful. A child that I witness grow up and become an adult while his father worked for the company. He would always shared with us the celebrations and work events.

We were always struck by the beautiful relationship that Javier and his younger brother, Andrés, had with their parents. A relationship full of love, tenderness, laughter and trust.

When Javier was born, he presented a bifid spine, his parents would make mention of what they had to go through with this unfortunate reality and always took care of him. Protecting him with greater emphasis of falls, big efforts and anything that exposed him in his condition.

Due to the social and economic crisis in Venezuela, in 2017 he went to the factory to say goodbye to all of us who cared and appreciated him there, sadly communicating the need to make his way and help his family financially.

He had to drop out of school since his father was unable to cover all the needs of his home, where his grandparents and a puppy, that he had adopted and for whom he could no longer afford to take care, were part of.

My admiration for him increased with that major gesture, I found his attitude and sacrifice very commendable.

Leaving his family environment to a country where he, not only, did not know anyone, but also where he had nowhere to go so that he could fight for a better future for his brother, his parents and grandparents.

I remember him saying: "My father can continue working here whilst my brother finish his studies and I could save some money, send it to Venezuela in order for all to get the documentation and move to Portugal."

I remember that he left in May 2017 because my family and I offered them a farewell lunch.

After his departure, we would always hear about Javier from his father, who proudly told him about his progress with the language, work and social life. Sometimes we saw him by video call and he kept his enthusiasm and joy.

The news were always favorable and we all sent him greetings and our best wishes until one sadly terrible day in February his parents called me over the phone, and asked me to meet them at a place on the road to my house. They were busting in tears telling me what had happened, and that the news was spread on social networks.

From the beginning I asked them to breathe , that it had to be an accident and that everything will come out to the light of the truth!

At that moment, I had a lot of pain for him, for his parents, for the young girl who passed and her parents. I fervently asked God for everything to be cleared up soon because there was a lot of pain involved, many people were suffering.

I recently learned that Javier pleaded guilty. I can't stop thinking what would have happened if he hadn't had to leave his university, his country, his home, his grandparents, his dog...

to the Honorable Vincent Briccetti, United States District Judge

Who subscribes Eidalys María Castillo Guzmán Venezuelan C.I 6877729. I'm 54 years old. Residence in calle Libertad casa # 32 Lagunetica los Teques Bolivarian State of Miranda. She is a teacher by profession, as a retired person, a job that she carries out for 27 uninterrupted years holding positions of classroom teacher, teacher coordinator and director of prestigious institutions in the town.

I have known the young Javier Da Silva Rojas since he was a child since his family is joined by a long and valuable friendship of approximately 25 years. We are close neighbors, which led us to share on countless occasions family and community meetings where Javier always behaved in a respectful and friendly manner. It is important to note that on several occasions I supported him by giving him pedagogical advice when he had doubts or faults in some academic subjects and he always demonstrated faultless behavior. So I can attest and be faithful testimony that he is a young man who was formed with broad human, civic and religious values. Javi as we call him out of affection since he was a child has been very cheerful, attentive, affectionate, sincere, friendly, supportive, calm and with very good manners. I can attest that he grew up in a beautiful home with lots of love, good examples, and broad principles and values. A young man with many dreams wanting to improve himself. When he left the country he was pursuing university studies which he had to suspend due to the difficult economic situation our country was going through. Javier is for our community an example of good behavior, discipline and desire to improve. I am proud of him because being so young he took responsibility for his life, worked hard and was an example of financial support to his family when they needed it. An example of this was when his great-grandmother was ill, he took care of much of his expenses, showing signs of being compassionate and having a good heart. I have a feeling of affection and admiration for Javi and his family. They are honorable, respectable and hard-working people who at the time also emigrated in search of a better future. Javier is always in my prayers and I ask God to be well and that where he illuminates with his beautiful smile and his gift of people to all who approach him. God always bless you.

to the Honorable Vincent Briccetti, United States District Judge

Gerardo Lanza
Public accountant
Cisterna di Latina LT
Italy

My name is Gerardo Lanza, I am a public accountant, I had a company that set up events with fireworks indoors and outdoors. Javier's father worked with me in my company and on many occasions Javier accompanied us to pyrotechnic events, where from an early age he was a very respectful child with a desire to learn and help in setting up the shows.
Javier started from a very young age to work and study simultaneously to be able to contribute financially to his family. Shortly after reaching the age of majority, he decided to emigrate in search of better opportunities so that he could contribute to the living expenses of his family. He has always behaved like a generous, honest, polite, helpful young man towards others, we have maintained telephone contact, always proving to be very respectful.
Despite the mistake made by Javier, I still consider him a great person who deserves an opportunity that allows him to demonstrate his repentance and willingness to improve himself, in order to contribute in a positive way to society and not condemn him to lose a large part of his life in prison.
It is my opinion that the unfortunate events in which Javier was involved were due to a moment of panic and temporary loss of sanity.
I ask for clemency for Javier that he is a young man of great nobility and deserves a second chance at life.
Sincerely
Gerardo Lanza

to the Honorable Vincent Briccetti, United States District Judge

To the honorable Judge Vicente Brucetti,

His Honor, allow me to address this letter very carefully to inform you of my opinion and personal relationship with Mr. Javier DaSilva.

My name is Daniel Amaral, I am 27 years old, I was born in the city of Caracas, Venezuela.

I had the wonderful opportunity to meet Javier when we both met at the same secondary education institution, the San Gabriele high school.

I must tell you that, personally, I have never been the type of person to have many friends and relationships, much less to please everyone, on the contrary, I have been rather contemplative and somewhat taciturn.

Javier is, since I met him, quite the opposite, he was certainly the star of the classroom, he had many friends and got along well with all our classmates and teachers, and he always won the sympathy of the opposite sex.

Despite this, he was very selective about whom he offered his closest friendship to and also maintained a very stable relationship with a high school classmate, which lasted until after our graduation.

For this reason I felt very fortunate when he offered me his true friendship and his trust. Although superficially and in the sense of character we are very different, deep down we share the same dreams and values. I also know that there were moments in which some came to question the fact that I was his friend, but in those opportunities he always advocated for me and proved to be a truly faithful and loyal person.

On many occasions in which I felt left out because he had not been invited to a meeting or social occasion, Javier called me inviting me to his house or to go out and of course this made me feel included and appreciated.

In this way I also had the opportunity to meet his family. Javier lived with his parents, his grandparents, his brother and his uncle in a community near Los Teques called Lagunetica. Being a very close family.

I became close to them, Javier's parents came to consider me as another son and became friends with Javier's brother, Andres DaSilva and his cousin Dairon DaSilva.

When I needed a friend, Javier offered me his friendship, and remembering the best and most important moments of my life, I can tell him that Javier was always there.

As you know, Javier illegally immigrated to the United States, and I know that while as a judge he cannot justify breaking the law in any way, I also hope that he can understand the difficult situation in which Javie found himself.

Javier, like so many young people, realized that he needed to leave the country if he wanted to help his family and himself. Thinking about where to go, he felt hopelessly drawn to the United States, a country that has been constantly vilified in the official discourse of the Venezuelan government and that has gained the greatest prestige among those who oppose this regime, to the point that it has passed to signify a true beacon of justice, freedom, opportunity and progress in the American continent and in the world.

I know all this that I am going to tell you because I have had constant communication with Javier, that he always found time in his breaks at work or while he was at his house to call me and let me know how he was doing.

Javier arrived in New York staying in a small hostel where he had to share a bunk bed and sleep in a large room with other people, with which he had no privacy or comforts at all, a lifestyle that was very different from the one he was used to. In Venezuela he had his own

house and room, in addition to the pressure of having to get a job quickly because at any moment he could run out of money and would have to return to Venezuela or go to sleep on the streets.

But Javier, thanks to his tenacity, got a series of temporary jobs that allowed him to extend his stay, until he finally managed to get a permanent job that gave him job security and went on to rent a room of his own in an apartment where he already had much more privacy. and a better quality of life.

Since Javier is a decent, hard-working and responsible man in both places, he managed to win the trust of those in charge, in his work he was given the responsibility of opening and closing the business and in his house he was in charge of managing the apartment while the owner was he was absent from the country.

We were all very proud of Javier because thanks to his work, dedication and courage he managed to reach a good position, fulfill several of his dreams and help his family here in Venezuela, and even myself on more than one occasion he sent me money that allowed me to get out of certain difficulties, including buying medicines for my own father.

Imagine my surprise then when news reached me that Javier was in custody. At first I didn't want to believe it, I found out through a mutual friend, Javier's neighbor in Lagunetica and our high school classmate, and I thought Javier had told him to call me saying that to play a joke.

I put the name of Javier DaSilva in the internet search engine and I saw the news, I said to myself: «This cannot be, there must be some misunderstanding, there must be another Javier Enrique DaSilva Rojas in this world», I entered the page and I saw Javier's photo, I immediately shivered and tears came down.

Regarding Valerie Reyes, despite the great affection that I feel towards Javier, I would never dare to speak negatively of her in any way, much less to imply in the least that she has the least degree of responsibility in what he does to him. it happened.

Unfortunately, Javier ended the life of that poor girl and irremediably harmed her family, but these are not the only ones who suffer from it.

Javier also did a gigantic damage to his own family, who will now forever doubt if they have had some responsibility for what happened and wonder if they failed Javier at something.

I am not a psychologist, nor a psychiatrist nor am I trained in any similar area, so I will never be able to explain why Javier did what he did, certainly I never believed him capable of such a thing, at no time did it even cross my mind.

I can only say that while Javier lived here in Venezuela, he was immersed in a support network, surrounded by people who loved him and whose lives often revolved around him, while in New York he had no one close to him. in this way.

So when he started his relationship with Valerie, she became his world and when she wanted to cut his relationship he did not know how to handle his emotions and in a moment of madness he did something entirely alien to his personality. of the.

My purpose with this letter is just to tell you something about who Javier is and to have some idea about the human aspect of him.

Javier has, like many men, a series of positive qualities and a true inclination to do good in his life and in the lives of those around him, but he is also capable, in a moment of weakness, of going against this and make irreparable mistakes.

So I ask you, again with the most sincere humility, not to snatch Javier forever from his family, from his friends and from his world, in which he can still do so much good.

Sincerely,

    Daniel Arnoldo Amaral Molina

To the Honorable District Judge, Vincent Brucetti:

My name is Oscar Enrique Escalona Mendez, I'm a college student currently living in the city of Buenos Aires, Argentina.

I've known Javier for approximately 7 years, I got to be acquainted with him since he's my best friend's older brother and every time I went to his house back in Venezuela y would see him there and we would establish conversations from which we got to know each other pretty well.

Javier always seemed like a very interesting person, at some point a guy to even look up to. A guy capable of facing situations with no fear, along with a very easy-going personality and a large intellectual and artistic capacity. He was always talking about some book he had read or a picture he had taken.

He always had life goals that transcended the borders of the country we lived in, his goals and the way he talked about them even helped inspire me to take the decision to leave myself. I never found reason to believe he was a bad person, he was the kind of guy that would not kill a bug that was in his room and preferred to leave a window open for it to leave and in his everyday discourse and actions it was very evident his profound love and care for his family and friends. That same love is what brought him to emigrate, to be surrounded by a completely different culture and work very hard to provide his family back home with a better quality of life. I can personally know this last part because I did vacation trips to New York in 2018 and 2019 before I came to study in Argentina in which I stayed with him and saw his effort, working even 12 hour shifts on the weekends at his restaurant job.

I think that clearly the separation process for us, his family and friends and the loneliness that followed him after, carried him to be unhealthily attached to his ex-girlfriend. I was in New York at the time of his arrest and the regret of his actions showed through the tears and the few words we exchanged the first time I visited him in jail. My mind doesn't let me condemn his inexcusable actions, not after the years of friendship, advice and happy moments shared until then.

Kind regards,

Oscar Enrique Escalona Mendez.

to the Honorable Vincent Briccetti, United States District Judge

My name is Milyzta Perez or Puchurrumi, that's how Javier called me. I met him in 2011 in school.

We dated back in school for three years and I remember him since he arrived at the school. I fell in love with him after he asked me out on Valentine's day with a huge Teddy bear that I still keep. It was a beautiful love story full of romantic letters, motivation, dreams. He was an honest man, a good sun, an incredible brother. A romantic gentleman. He was my first love and I hold him in a very special place in my heart.

After those three years, my family decided we needed to move away from the country and we broke up, it was too hard to keep it up in the distance. I owe him my self-esteem and the privilege of experiencing a healthy relationship. I can only be thankful and full of love for the memories we share.

I love you, Javier.

to the Honorable Vincent Briccetti, United States District Judge

Good afternoon,

My name is Asterio Rangel, 22 years resident of 42-55 Colden Street Flushing, New York. I previously worked as a Handyman in this same building. I declare that I met Mr. Javier Dasilva when another close friend introduced him to me and from that day on we struck up an amazing friendship. In the months that I shared with him, I always noticed he was a respectful charismatic and intelligent person. He was always very bohemian with music and he loved art. Javier was very dedicated to his work and was caring and close with his parents. He was a very polite gentleman and was always present. He was always very respectful with his neighbors and was a great roommate to the friends he lived with. There was never anything that would point him out as violent or with strange attitudes, on the contrary, Javier was very communicative and got along with everyone. We were all surprised, it breaks our hearts to see him in the situation in that he is in. I consider him a harmless person, not aggressive or violent. I hope my words are of good use to help him in any way. Please feel free to contact me with any questions.

Thank you,

Asterio Rangel
917-903-8832