# EXHIBIT C



































